## (October 14, 1976)

■ PHYLLIS RUFFO et al., Respondents, v GREENPOINT TERMINAL WAREHOUSE, INC., et al., Third-Party Plaintiffs-Appellants. CITY OF NEW YORK, Third-Party Defendant-Respondent.—Judgment, Supreme Court, Bronx County, entered in this personal injury action on February 18, 1975, assessing liability against defendants-appellants, unanimously affirmed, with $60 costs and disbursements to plaintiffs-respondents. Simple issues of fact were raised at the trial of this case and we find no reason for interfering

with the conclusions reached by the jury. Concur—Kupferman, J. P., Lupiano, Capozzoli, Lane and Nunez, JJ.